UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SONDRA ARQUIETT,

                Plaintiff,

      -against-

UNITED STATES OF AMERICA and TIMOTHY SINNIGEN, individually and in his official capacity as an Agent of the United States Drug Enforcement Administration,

                Defendants.
_____

Case No. 13-CV-0752 (TJM/TWD)

## STIPULATION REQUESTING ORDER FOR EXTENSION OF TIME

The undersigned parties, representing all the parties in the above-captioned matter, hereby stipulate as follows:

1.    On January 13, 2014, the Government filed a Motion to Dismiss in the above-captioned matter, which was originally returnable on February 28, 2014.

2.    On February 10, 2014, the Parties filed a Stipulation requesting an adjournment of Defendant's Motion to the Court's March 28, 2014 calendar.

3.    On February 12, 2014, the Court ordered the adjournment requested by the Parties and Government's Motion to Dismiss is currently on the Court's March 28, 2014 calendar.

4.    Plaintiff's Response to Defendant's Motion to Dismiss is due to be filed on March 11, 2014.

5.    All the parties to this action have agreed to a further adjournment of the return date for this motion to a new, regularly scheduled return date which is April 14, 2014.

6. The parties have further agreed as follows:

   a. Papers in opposition to the motion will be filed on or before March 28, 2014.

   b. Where permitted by local rule or otherwise, reply papers will be filed on or before April 3, 2014.

   c. All papers filed in connection with this motion will be filed at least eleven days before the new return date

   d. The Rule 16 Conference in this matter will follow the Court's decision on this motion and, therefore, this extension of time does not affect the Scheduling Order as no Scheduling Order has been entered.

7. The parties request that the Court so order this stipulation for an extension of time.

Dated: March 11, 2014
       Albany, New York

_____
Attorney for Plaintiff

_____
Attorney for Defendants